1  DERICK E. KONZ, SB No. 286902
    dkonz@akk-law.com
2  JACOB J. GRAHAM, SB No. 340295
    jgraham@akk-law.com
3  **ANGELO, KILDAY & KILDUFF, LLP**
   Attorneys at Law
4  601 University Avenue, Suite 150
   Sacramento, CA  95825
5  Telephone:  (916) 564-6100
   Telecopier:  (916) 564-6263
6

7  Attorneys for Defendant COUNTY OF EL DORADO
8

9                    **UNITED STATES DISTRICT COURT**

10                   **EASTERN DISTRICT OF CALIFORNIA**

11

12  PETER TIEMANN,                          )  Case No.: 2:24-cv-01935-JAM-JDP
                                            )
13                         Plaintiff,       )  **STIPULATION AND ORDER TO STAY**
                                            )  **CASE FOR 90 DAYS (ECF No. 9)**
14             vs.                          )
                                            )
15  COUNTY OF EL DORADO, et al.,            )
                                            )
16                                          )
                         Defendants.        )
17                                          )

18  ///

19

20

21  ///

22

23

24  ///

25

26

27  ///

28

There is an ongoing criminal investigation into the shooting that underlies the basis for this action. Accordingly, the parties hereby stipulate to a stay of the case for ninety days at which point it is anticipated that the criminal process will be complete, records of the incident will be available for release, and the parties can evaluate further handling of this action. The parties stipulate that all pending deadlines in this action are hereby stayed and hearings on filed motions will be vacated. The parties will file a joint status report at the conclusion of the stay and will re-notice hearing dates for any pending motions at that time should it be necessary.[1]

**SO STIPULATED**.

Dated:  August 2, 2024                     ANGELO, KILDAY & KILDUFF, LLP

                                           */s/ Derick E. Konz*
                                           By:_____
                                               DERICK E. KONZ
                                               JACOB J. GRAHAM
                                               Attorneys for Defendant COUNTY OF
                                               EL DORADO

Dated:  August 2, 2024                     TIEMANN LAW FIRM

                                           */s/ Peter B. Tiemann* (auth. on 7/31/24)
                                           By:_____
                                               PETER B. TIEMANN
                                               JELENA TIEMANN
                                               CARMEN D. OLMEDO
                                               Attorneys for Plaintiff

---

[1] This action arises out of the same shooting incident as Case No. 2:24-cv-01047-DB. An identical stipulation was filed in that action concurrent with this filing.

**ORDER**

Good cause appearing and on stipulation of the parties, the Court hereby **STAYS** this action for 90 days (until October 30, 2024). All pending hearings and deadlines are **VACATED**. The parties will file a joint status report within fourteen (14) days of the end of the stay and will re-notice any pending motions should it be necessary.

**IT IS SO ORDERED.**

Dated: August 02, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE