1  DERICK E. KONZ, SB No. 286902
     dkonz@akk-law.com
2  JACOB J. GRAHAM, SB No. 340295
     jgraham@akk-law.com
3  **ANGELO, KILDAY & KILDUFF, LLP**
   Attorneys at Law
4  601 University Avenue, Suite 150
   Sacramento, CA  95825
5  Telephone:  (916) 564-6100
   Telecopier:  (916) 564-6263
6

7  Attorneys for Defendant COUNTY OF EL DORADO

8

9                          **UNITED STATES DISTRICT COURT**

10                          **EASTERN DISTRICT OF CALIFORNIA**

11

| PETER TIEMANN, | ) Case No.: 2:24-cv-01935-JAM-JDP |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO STAY** |
| vs. | ) **CASE AN ADDITIONAL 60 DAYS** |
| COUNTY OF EL DORADO, et al., | ) |
| Defendants. | ) |

///

///

///

///

-1-
STIPULATION AND ORDER TO STAY CASE AN ADDITIONAL 60 DAYS

1    On August 2, 2024, good cause appearing and on stipulation of the parties, the Court stayed this action for ninety (90) days (until October 30, 2024) due to an ongoing criminal investigation into the shooting that underlies the basis for the action. ECF No. 11.

The criminal investigation is still open, pending forensic reports from the California Department of Justice (DOJ) and a charging decision by the El Dorado County District Attorney's Office.  DOJ has advised that the reports are in their chain of command for final approval.

Accordingly, the parties hereby stipulate to and request an additional stay of this action for sixty (60) days (until December 30, 2024). The parties will file a joint status report at the conclusion of the stay and will re-notice hearing dates for any pending motions at that time should it be necessary.

**SO STIPULATED**.

Dated:  October 30, 2024                 ANGELO, KILDAY & KILDUFF, LLP

                                                                  */s/ Derick E. Konz*
                                                        By:_____
                                                              DERICK E. KONZ
                                                              JACOB J. GRAHAM
                                                              Attorneys for Defendant COUNTY OF EL DORADO


Dated:  October 29, 2024October 30, 2024    TIEMANN LAW FIRM

                                                                  */s/ Andrew Ledezma*
                                                         *(as authorized on 10/29/2024)*
                                                        By:_____
                                                              PETER B. TIEMANN
                                                              JELENA TIEMANN
                                                              CARMEN D. OLMEDO
                                                              ANDREW LEDEZMA
                                                              Attorneys for Plaintiff

# ORDER

Good cause appearing and on stipulation of the parties, the Court hereby stays this action an additional sixty (60) days (until December 30, 2024). All pending hearings and deadlines are vacated. The parties will file a joint status report within fourteen days of the end of the stay and will re-notice any pending motions should it be necessary.

**SO ORDERED.**

Dated: October 30, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE