1  DERICK E. KONZ, SB No. 286902
     dkonz@akk-law.com
2  JACOB J. GRAHAM, SB No. 340295
     jgraham@akk-law.com
3  **ANGELO, KILDAY & KILDUFF, LLP**
   Attorneys at Law
4  601 University Avenue, Suite 150
   Sacramento, CA  95825
5  Telephone:  (916) 564-6100
   Telecopier:  (916) 564-6263
6

7  Attorneys for Defendant COUNTY OF EL DORADO

8

9                    **UNITED STATES DISTRICT COURT**

10                   **EASTERN DISTRICT OF CALIFORNIA**

11

12 | PETER TIEMANN, | ) | Case No.: 2:24-cv-01935-JAM-JDP |
   |---|---|---|
   |  | ) |  |
   | Plaintiff, | ) | **STIPULATION AND ORDER TO STAY** |
   |  | ) | **CASE AN ADDITIONAL 30 DAYS** |
   | vs. | ) |  |
   |  | ) |  |
   | COUNTY OF EL DORADO, et al., | ) |  |
   |  | ) |  |
   | Defendants. | ) |  |
   |  | ) |  |

18  ///

19

20

21  ///

22

23

24  ///

25

26

27  ///

28

---
-1-
STIPULATION AND ORDER TO STAY CASE AN ADDITIONAL 30 DAYS

On August 6, 2024, good cause appearing and on stipulation of the parties, the Court stayed this action for ninety (90) days (until October 30, 2024) due to an ongoing criminal investigation into the shooting that underlies the basis for the action. ECF No. 16.

On October 31, 2024, the Court granted an additional stay for 60 days because the criminal investigation was still open, pending forensic reports from the California Department of Justice (DOJ) and a charging decision by the El Dorado County District Attorney's Office. ECF No. 18.

On or about December 4, 2024, the El Dorado County Sheriff's Office received the completed DOJ forensic reports. Using those reports, the El Dorado County Sheriff's Office is concluding its investigation and forwarding it to the El Dorado County District Attorney's Office for review and a charging decision. Until the District Attorney's Office issues a charging decision, the incident remains part of an ongoing criminal investigation. Once the charging decision is issued, the El Dorado County Sheriff's Office will release the incident material to Plaintiffs in this case and, after review, the parties intend to meet and confer on how to proceed.

Accordingly, the parties hereby stipulate to and request an additional stay of this action for thirty (30) days (until February 12, 2025). The parties will file a joint status report at the conclusion of the stay and will re-notice hearing dates for any pending motions at that time should it be necessary.

**SO STIPULATED**.

Dated: January 13, 2025                    ANGELO, KILDAY & KILDUFF, LLP

                                           */s/ Derick E. Konz*
                                           By:_____
                                               DERICK E. KONZ
                                               JACOB J. GRAHAM
                                               Attorneys for Defendants COUNTY OF
                                               EL DORADO and JEFF LEIKAUF

| | | |
|---|---|---|
| 1 | Dated: January 13, 2025 | TIEMANN LAW FIRM |

                                            */s/ Andrew Ledezma*

By:_____
   PETER B. TIEMANN
   JELENA TIEMANN
   CARMEN D. OLMEDO
   ANDREW LEDEZMA
   Attorneys for Plaintiffs

**ORDER**

Good cause appearing and on stipulation of the parties, the Court hereby **STAYS** this action an additional thirty (30) days (until February 12, 2025).  All pending hearings and deadlines are **VACATED**.  The parties will file a joint status report within fourteen (14) days of the end of the stay and will re-notice any pending motions should it be necessary.

**SO ORDERED.**

Dated: January 30, 2025                            /s/ John A. Mendez
                                                                 THE HONORABLE JOHN A. MENDEZ
                                                                 SENIOR UNITED STATES DISTRICT JUDGE