1  DERICK E. KONZ, SB No. 286902
   dkonz@akk-law.com
2  JACOB J. GRAHAM, SB No. 340295
   jgraham@akk-law.com
3  **ANGELO, KILDAY & KILDUFF, LLP**
4  Attorneys at Law
   601 University Avenue, Suite 150
5  Sacramento, CA  95825
6  Telephone:  (916) 564-6100
   Telecopier:  (916) 564-6263
7
8  Attorneys for Defendant COUNTY OF EL DORADO

9                    **UNITED STATES DISTRICT COURT**
10
11                    **EASTERN DISTRICT OF CALIFORNIA**

12  PETER TIEMANN,                    )  Case No.: 2:24-cv-01935-JAM-JDP
                                       )
13                  Plaintiff,         )  **STIPULATION AND ORDER TO STAY**
                                       )  **CASE AN ADDITIONAL 90 DAYS**
14          vs.                        )
                                       )
15  COUNTY OF EL DORADO,               )
                                       )
16                                     )
                    Defendant.         )
17                                     )

18  ///
19
20
21  ///
22
23
24  ///
25
26
27  ///
28

-1-
STIPULATION ORDER TO STAY CASE AN ADDITIONAL 90 DAYS

On August 6, 2024, good cause appearing and on stipulation of the parties, the Court stayed this action for ninety (90) days (until October 30, 2024) due to an ongoing criminal investigation into the shooting that underlies the basis for the action. ECF No. 16.

On October 31, 2024, the Court granted an additional stay for 60 days because the criminal investigation was still open, pending forensic reports from the California Department of Justice (DOJ) and a charging decision by the El Dorado County District Attorney's Office. ECF No. 18.

On or about December 4, 2024, the El Dorado County Sheriff's Office received the completed DOJ forensic reports. Using those reports, the El Dorado County Sheriff's Office is concluding its investigation and forwarding it to the El Dorado County District Attorney's Office for review and a charging decision. Until the District Attorney's Office issues a charging decision, the incident remains part of an ongoing criminal investigation. Once the charging decision is issued, the El Dorado County Sheriff's Office will release the incident material to Plaintiffs in this case and, after review, the parties intend to meet and confer on how to proceed.

As of today, the El Dorado County Sheriff's Office's investigation is in the final approval stage and is expected to be turned over the District Attorney's Office in the next 3-4 weeks. The County will transmit the incident material to Defendant's counsel as soon as the investigation is concluded, who will then transmit such to Plaintiff's counsel. Plaintiff's counsel will need additional time after the material is transmitted to review it and make a decision on how/if they would like to proceed with this action.

Accordingly, the parties hereby stipulate to and request an additional stay of this action for ninety (90) days (until May 27, 2025). The parties will file a joint status report at the conclusion of the stay and will re-notice hearing dates for any pending motions at that time should it be necessary.

1  **SO STIPULATED**.

2  Dated: February 26, 2025              ANGELO, KILDAY & KILDUFF, LLP

3                                                  */s/ Derick E. Konz*
                                         By:_____
4                                           DERICK E. KONZ
5                                           JACOB J. GRAHAM
                                            Attorneys for Defendants COUNTY OF
6                                           EL DORADO and JEFF LEIKAUF

7

8  Dated: February 26, 2025              TIEMANN LAW FIRM

9                                                  */s/ Peter B. Tiemann*
                                         By:_____
10                                          PETER B. TIEMANN
11                                          JELENA TIEMANN
                                            CARMEN D. OLMEDO
12                                          ANDREW LEDEZMA
                                            Attorneys for Plaintiffs

## ORDER

Good cause appearing and on stipulation of the parties, the Court hereby **STAYS** this action an additional ninety (90) days (until May 27, 2025). All pending hearings and deadlines are **VACATED**. The parties will file a joint status report within fourteen (14) days of the end of the stay and will re-notice any pending motions should it be necessary.

**IT IS SO ORDERED.**

Dated: February 27, 2025

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE