1  PETER B. TIEMANN (SBN 195875)
   JELENA TIEMANN (SBN 232363)
2  **TIEMANN LAW FIRM**
   A PROFESSIONAL LAW CORPORATION
3  1500 River Park Drive
   Sacramento, CA 95815
4  Phone: (916) 999-9000
   Fax: (916) 985-0500
5
6  Attorneys for Plaintiffs

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11 PETER TIEMANN,                    ) Case No.: 2:24-cv-01935-JAM-JDP
                                     )
12           Plaintiffs,             ) **STIPULATION AND ORDER TO**
                                     ) **DISMISS THE SECOND CAUSE OF**
13    vs.                            ) **ACTION AND FILE STIPULATION TO**
                                     ) **REMAND CASE**
14 COUNTY OF EL DORADO,              )
                                     )
15           Defendant.              )
                                     )
16 _____)

17

18 ///

19

20

21 ///

22

23

24 ///

25

26

27 ///

28

On or about August 2, 2024, good cause appearing and on stipulation of the parties, the Court stayed this action for ninety (90) days (until October 30, 2024) due to an ongoing criminal investigation into the shooting that underlies the basis for the action. ECF No. 11.

On or about October 31, 2024, the Court granted an additional stay for 60 days because the criminal investigation was still open, pending forensic reports from the California Department of Justice (DOJ) and a charging decision by the El Dorado County District Attorney's Office. ECF No. 14.

On or about December 4, 2024, the El Dorado County Sheriff's Office received the completed DOJ forensic reports. Using those reports, the El Dorado County Sheriff's Office was to conclude its investigation and forward it to the El Dorado County District Attorney's Office for review and a charging decision. Once the charging decision was issued, the El Dorado County Sheriff's Office was to release the incident material to Defendants in this case who was then to release such to Plaintiffs in this case. On January 31, 2025, the Court granted an additional stay for 60 days that ended on February 12, 2025. ECF No. 16.

On or about February 28, 2025, the Court granted an additional stay for 90 days, to end on May 27, 2025, because the criminal investigation was still open, pending the final approval stage and was expected to be turned over the District Attorney's Office in the next 3-4 weeks. The County was to transmit the incident material to Defendant's counsel as soon as the investigation concluded, who would then transmit such to Plaintiff's counsel. It was agreed Plaintiffs would need additional time to review such in order to evaluate how to proceed. ECF No. 18.

On or about April 4, 2025, Defendants provided an initial set of investigation materials comprising primarily of photographs and text documents. On or about April 22, 2025, Plaintiffs requested additional materials referenced in the initial set, and on or about April 28, 2025, Defendant provided a second set of investigation materials comprising of additional photographs, audio files, and video files. It was agreed would Plaintiffs require additional time to continue reviewing the voluminous amount of investigation materials provided thus far and evaluate how to proceed. ECF No. 19.

///

On or about June 13, 2025, the Court granted an additional stay for 45 days, to end on July 25, 2025, because the criminal investigation materials were being reviewed by Plaintiffs for evaluation and it was agreed Plaintiffs would need additional time to review such in order to evaluate how to proceed. ECF No. 20.

Parties have since agreed to stipulate to dismiss the Second Cause of Action, for Violation of U.S. Code Section 1983, from the operative Complaint thus leaving only state claims in this matter. Parties further agree to stipulate to remand this case to state court as there will no longer be any federal jurisdictional grounds.

Accordingly, the parties hereby stipulate to and request leave to dismiss the Second Cause of Action, for Violation of U.S. Code Section 1983, from the operative Complaint. The Parties agree to file a Joint Stipulation to Remand Removed Action after such time that the Second Cause of Action is dismissed from the operative complaint.

**SO STIPULATED**.

Dated:  June 10, 2025               ANGELO, KILDAY & KILDUFF, LLP

                                           /s/ Derick E. Konz
                                    (as authorized on 08/08/2025)

                                    By:_____
                                        DERICK E. KONZ
                                        JACOB J. GRAHAM
                                        Attorneys for Defendants COUNTY OF
                                        EL DORADO and JEFF LEIKAUF


Dated:  June 10, 2025               TIEMANN LAW FIRM

                                           /s/ Peter B. Tiemann
                                    By:_____
                                        PETER B. TIEMANN
                                        JELENA TIEMANN
                                        CARMEN D. OLMEDO
                                        ANDREW LEDEZMA
                                        Attorneys for Plaintiffs

**ORDER**

Good cause appearing and on stipulation of the parties, the Court **GRANTS** the parties' stipulation and hereby **DISMISSES** the Second Cause of Action, for Violation of U.S. Code Section 1983, from the operative Complaint. The Parties shall file a Stipulation to Remand the Case to the El Dorado County Superior Court on or before **August 27, 2025**.

**IT IS SO ORDERED.**

August 13, 2025

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE