1  PETER B. TIEMANN (SBN 195875)
   JELENA TIEMANN (SBN 232363)
2  **TIEMANN LAW FIRM**
   A PROFESSIONAL LAW CORPORATION
3  1500 River Park Drive
   Sacramento, CA 95815
4  Phone: (916) 999-9000
   Fax: (916) 985-0500
5
6  Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER TIEMANN, | Case No.: 2:24-cv-01935-JAM-JDP |
| Plaintiffs, | **STIPULATION AND ORDER TO REMAND ACTION** |
| vs. | |
| COUNTY OF EL DORADO, | |
| Defendant. | |

///

///

///

///

1  PETER TIEMANN ("Plaintiff") and COUNTY OF EL DORADO
2  ("DEFENDANT") stipulate as follows:
3     1. On or about April 12, 2024, Plaintiff commenced an action in the Superior Court of the State of California in and for the County of El Dorado entitled PETER TIEMANN, Plaintiffs, v. COUNTY OF EL DORADO; CITY OF PLACERVILLE, and DOES 1 through 100, inclusive, Defendants, as case number 24CV0759.

   2. Defendants were served on or about June 14, 2024.

   3. On or about July 15, 2024, Defendants filed a notice of removal of the Action pursuant to U.S.C. § 1441(a) with the United States District Court for the Eastern District of California. Original jurisdiction was argued for by Defendants on the basis of 28 U.S.C. § 1331 (federal question), due to the Second Cause of Action of Plaintiff's complaint alleging of violations of 42 U.S.C. § 1983.

   4. On August 1, 2024, the CITY OF PLACERVILLE was dismissed without prejudice upon stipulation of the parties. ECF No. 8.

   5. After some discussion, and agreement to dismiss the Second Cause of Action (See ECF No. 22), the parties have agreed that the Action should be remanded to the El Dorado County Superior Court as evidenced by the "STIPULATION AND ORDER TO DISMISS THE SECOND CAUSE OF ACTION AND FILE STIPULATION TO REMAND CASE" filed with this court on August 13, 2025.

   6. Pursuant to the corresponding Order signed by this court on August 13, 2025, the Court granted the parties' stipulation and dismissed "the Second Cause of Action, for Violation of U.S. Code Section 1983, from the operative Complaint." With the dismissal of the Second Cause of Action, this Court no longer holds original jurisdiction over this matter as the parties are California citizens and entities and there no longer exists a federal question.

   7. Pursuant to the corresponding Order signed by this court on August 13, 2025, the court further ordered that, "The Parties shall file a Stipulation to Remand the Case to the El Dorado County Superior Court on or before August 27, 2025." To that end, the Parties hereby stipulate that the Action be remanded to El Dorado County Superior Court.

8. The Parties further stipulate that each party shall bear its own attorneys' Fees and costs with respect to the removal and subsequent remand of the Action pursuant to this stipulation and order.

**SO STIPULATED**.

Dated:  August 25, 2025                    ANGELO, KILDAY & KILDUFF, LLP

*/s/ Derick E. Konz*
(as authorized on 08/25/2025)

By:_____
    DERICK E. KONZ
    JACOB J. GRAHAM
    Attorneys for Defendant COUNTY OF
    EL DORADO

Dated:  August 25, 2025                    TIEMANN LAW FIRM

*/s/ Peter B. Tiemann*
By:_____
    PETER B. TIEMANN
    JELENA TIEMANN
    CARMEN D. OLMEDO
    ANDREW LEDEZMA
    Attorneys for Plaintiffs

**ORDER REMANDING CASE**

On August 27, 2025, the Parties to the above-referenced action filed a Stipulation to Remand Removed Action. The Court having reviewed that stipulation and good cause appearing, orders as follows:

1. The Parties' stipulation is **APPROVED**;

2. Eastern District of California case number 2:24-cv-01935-JAM-JDP styled Tiemann v. County of El Dorado, is hereby **REMANDED** to El Dorado County Superior Court (state case number 24CV0759);

3. The Clerk of Court is **DIRECTED** to serve a certified copy of the order on the Clerk of the El Dorado County Superior Court; and

4. The Clerk of Court is **DIRECTED** to **TERMINATE** all pending motions, **VACATE** all dates, and **CLOSE** this case.

IT IS SO ORDERED.

August 28, 2025

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE